# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ERICA GARCIA and COSME BARELA,

     Plaintiffs

vs.                                                                        No.: 1:17-cv-00728-SCY-KBM

GEICO INDEMNITY COMPANY,

     Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

     Pursuant to Federal Rule of Civil Procedure 41, the Plaintiffs and Defendant stipulate to a dismissal, with prejudice, of all claims and actions raised, or that could have been raised, by the Plaintiffs against the Defendant in this matter, which claims and actions have been settled in full. The parties further stipulate that they shall be responsible for payment of their own attorneys' fees and costs incurred in this proceeding.

Dated: September 20, 2017.

     Respectfully Submitted,

     **RESNICK & LOUIS, P.C.**

     */s/ John A. Frase*
     John A. Frase
     3840 Masthead Street NE
     Albuquerque, NM  87109
     (505) 559-4983
     *Attorney for Defendant Geico Indemnity Company*

**PARNALL & ADAMS LAW**

*/s/ Charles Parnal       (with permission)*
Charles Parnall
610 Gold Ave, SW, STE 102
Albuquerque, New Mexico 87102
(505) 600-1417
Charles@ParnallAdams.com
 *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on the 20th day of September, 2017, the foregoing was electronically filed through the CM/ECF, which caused the following counsel to be served by electronic means, and that a courtesy copy was emailed to the following counsel of record:

Charles Parnall
Parnall & Adams Law
610 Gold Ave, SW, STE 102
Albuquerque, New Mexico 87102
(505) 600-1417
Charles@ParnallAdams.com
*Attorneys for Plaintiffs*

By: */s/ Stephanie Espinoza*
Stephanie Espinoza
Secretary to the Firm of Resnick & Louis, P.C.