## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ERICA GARCIA and COSME BARELA,

    Plaintiffs

vs.                                                             No.: 1:17-cv-00728-SCY-KBM

GEICO INDEMNITY COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the parties' Stipulated Motion to Dismiss with Prejudice and being fully advised in the premises,

HEREBY GRANTS the Stipulated Motion to Dismiss with Prejudice and ORDERS that Plaintiffs' Complaint is hereby dismissed with prejudice. Each party shall bear their own costs and attorneys fees.

DATED: September 21, 2017

_____
United States Chief Magistrate Judge

Respectfully Submitted,

**RESNICK & LOUIS, P.C.**

*/s/ John A. Frase*
John A. Frase
3840 Masthead Street NE
Albuquerque, NM  87109
(505) 559-4983
*Attorney for Defendant Geico Indemnity Company*


**PARNALL & ADAMS LAW**


*/s/ Charles Parnall     (with permission)*
Charles Parnall
610 Gold Ave, SW, STE 102
Albuquerque, New Mexico 87102
(505) 600-1417
Charles@ParnallAdams.com
 *Attorneys for Plaintiffs*